# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

MARIO ALBERTO SIMBAQUEBA

**CRIMINAL COMPLAINT**

CASE NUMBER: 07 - 3124 - White

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 31, 2007, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant did knowingly and with the intent to defraud produce, use or traffic in one or more counterfeit access devices, in violation of Title 18, United States Code, Section 1029(a)(1).

I further state that I am a Special Agent of the Defense Criminal Investigative Service and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

_____
MICHAEL C. MENTAVLOS, SPECIAL AGENT
DEFENSE CRIMINAL INVESTIGATIVE SERVICE

Sworn to before me, and subscribed in my presence,

AUGUST 31, 2007                                       at  Miami, Florida
Date                                                      City and State

PATRICK WHITE
UNITED STATES MAGISTRATE JUDGE                        _____
Name and Title of Judicial Officer                    Signature of Judicial Officer

## AFFIDAVIT

I, Michael C. Mentavlos, being duly sworn, depose and say:

1. I am a Special Agent of the Defense Criminal Investigative Service ("DCIS"), and I have been so employed since ~~Feb 2007~~. As a DCIS Special Agent, I am responsible for investigations of violations of United States law, including violations of Title 18 of the United States Code. I have received extensive training in the investigation of counterfeit currency, check fraud, bank fraud, access device fraud, and identity theft, among other things.

2. I have been advised of the following facts concerning the investigation of Mario Alberto Simbaqueba Bonilla by Defense Criminal Investigative Service, Special Agent James E. Olmstead. Special Agent Olmstead has been investigating Simbaqueba concerning his involvement in Identity Theft and the fraudulent use of financial accounts. Simbaqueba is a Columbian National and is known to travel into the United States on a regular basis.

3. The information in this affidavit is based on my personal knowledge and information obtained from other law enforcement personnel. The information set forth here is provided solely for the purpose of establishing probabe cause in support of the criminal complaint. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the details of the investigation of which your affiant is aware.

4. On August 31, 2007 Janet Utorka, American Airlines, Fraud Investigator, provided information to DCIS SA James Olmstead concerning the fraudulent purchase of an American Airlines ticket purchase totaling $1,416.00. The ticket was purchased under the passenger name of Mario Simbaqueba on American Airline Flight, Number 914.

This flight travels from Bogotá, Columbia to Miami International Airport, Miami, FL. This ticket was purchased under the credit card holder name of Mario SSimbaqueba using Discover Card, number: 6011 4010 3183 7861 and an address of 41390 West Walker Way, Maricopa, AZ 85239.

5. Utorka was advised by Tanjana Bobic, Discover Card Financial Services Corporate Security, that this purchase of an airline ticket for Mario Simbaquba was fraudulent.

6. On August 31, 2007 Tatjana Bobic, Discover Card Financial Services Corporate Security informed SA James Olmstead that the purchase totaling $1,416.00 for an American Airline ticket under the name Mario Simbaqueba was a fraudulent.

7. The airline ticket was purchased using a Discover Card Secure credit card number: 6011 4010 3183 7861. This secure credit card number was generated by means of an Internet transaction using Internet access to the true card member's account. The purpose of the secure credit card number is to safe guard the account holder's main credit card number when making various purchases.

8. Bobic stated that Discover Card Secure credit card number: 6011 4010 3183 7861 was tied to main Discover Card number: 6011 0093 0315 5886 belonging to Camille Harding, 41390 West Walker Way, Maricopa, AZ 85239.

9. Discover Card Fraud Prevention services contacted Camille Harding, 41390 West Walker Way, Maricopa, AZ 85239 concerning the use of her credit card account for the purchase of an airline ticket in the name of Mario Simbaqueba. Harding denied making the related purchase and reported it as a fraudulent transaction. The account was then placed into a fraud status because of the fraudulent purchase made by Mario Simbaqueba.

10. Based upon the foregoing, your affiant attests that there is probable cause to believe that Mario Alberto Simbaqueba Bonilla knowingly, and with intent to defraud, produced, used, and trafficked in one or more counterfeit access devices, that is, counterfeit credit cards, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(1) and 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael C. Mentavlos, SPECIAL AGENT
DEFENSE CRIMINAL INVESTIGATIVE SERVICE

Sworn and subscribed before me this 31st day of August, 2007.

_____
Patrick White
UNITED STATES MAGISTRATE JUDGE

3